AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Milton St. Patrick WRIGHT | ) | Case No. 6:24-mj-1571 |
| | ) | |
| | ) | **SEALED** |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 26, 2024__ in the county of __Brevard__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2242(3) | Sexual Abuse |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Justin T. Nowicki, LER, NPS, U.S. Dept. of the Interior
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: May 30, 2024

_____
*Judge's signature*

City and state: Orlando, Florida

Robert Norway, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                                           CASE NO. 6:24-mj-1571

COUNTY OF BREVARD

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLIANT

I, Justin T. Nowicki, your affiant, being duly sworn, do hereby depose and state as follows:

### PURPOSE OF AFFIDAVIT AND AFFIANT'S BACKGROUND

1. This affidavit is submitted in support of a Criminal Complaint against Milton St. Patrick WRIGHT ("WRIGHT") for a violation of 18 U.S.C. § 2242(3) (Sexual Abuse).  This affidavit sets forth evidence establishing probable cause that on or about May 26, 2024, in the Middle District of Florida, and in the special maritime and territorial jurisdiction of the United States, WRIGHT knowingly engaged in a sexual act with another person without that other person's consent, that is penetrating the genital opening of another by a finger, with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person.

2. I am a Law Enforcement Ranger with National Park Service ("NPS"), United States Department of the Interior, and have been so employed since April 2022.  Since February 2024, I have been assigned to Canaveral National Seashore, a congressionally established federal park.  My duties and responsibilities are to enforce all federal, state, and local laws within the boundaries of the National Seashore.

3. I have received over 650 hours of law enforcement training at an academy accredited by the Federal Law Enforcement Training Center. I have participated in and assisted in investigations of sex crimes. I have also completed a training course on victim case investigations.

4. I make this affidavit based on my experience and background as a law enforcement officer, including my experience with NPS; my personal participation in the investigation; and information provided by other law enforcement officers and agency personnel. Unless otherwise stated, the information in this affidavit is either personally known to me, has been provided to me by other individuals, or is based on a review of various documents, records, and reports. Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not contain every fact known by me or the United States. The dates listed in this Affidavit should be read as "on or about" dates.

## STATUTORY AUTHORITY

5. Pursuant to 18 U.S.C. § 2242(3), whoever, in the special maritime and territorial jurisdiction of the United States, engages in a sexual act with another person without that other person's consent, to include doing so through coercion, or attempts to do so, commits sexual abuse.

## STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE

6. On or about, May 26, 2024, I was conducting a routine patrol mounted on an ATV on Beach 13 in Playalinda Beach district inside Canaveral National

Seashore.  While on patrol, I was contacted by an adult female ("Victim 1"), who stated that an adult black male, approximately 6' tall, and nude, sexually assaulted her.  Victim 1 reported that, while lying on the beach and snuggling with an individual, the male sat behind her, and without consent, moved her bathing suit to the side and inserted his fingers into her vagina.  Victim 1 stated she immediately jumped up, walked toward the water and the male followed.  When Victim 1 confronted the male about touching her, he repeatedly said "I'm Sorry".

7.     After speaking with Victim 1, I spoke with three other adult witnesses who were visiting the beach with Victim 1.  Witness 1 stated that the black male had a tiger tattoo on his upper chest and a Jesus tattoo on his back on the upper right shoulder blade, which is consistent with WRIGHT's tattoos.  Witness 1 further stated that he observed Victim 1 "snuggling with her friend" when the black male sat behind Victim 1 and moved her swimsuit to the side and slide his finger inside Victim 1's vagina.  Witness 1 then saw Victim 1 immediately sit up and look for help.

8.     Victim 1 identified the suspect and pointed him out on the beach approximately 50 yards away from us.  I contacted the suspect and detained him for further investigation.  I initially identified the suspect as MILTON WRIGHT by his name and date of birth. WRIGHT's identification was later confirmed by his Florida driver's license.

9. During a field interview with WRIGHT, he admitted to going up to the victim as she lay next to an individual and touching her leg and foot. However, WRIGHT denied touching or digitally penetrating her vagina.

10. During the investigation, I was also contacted by Victim 2, who stated that WRIGHT walked up to her and her boyfriend and began to masturbate. As they walked away, WRIGHT continued to masturbate.

## CONCLUSION

11. Based on the foregoing, I submit that there is probable cause that on or about May 26, 2024, in the Middle District of Florida, and in the special maritime and territorial jurisdiction of the United States, WRIGHT knowingly engaged in a sexual act with another person without that other person's consent, with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person., in violation of 18 U.S.C. § 2242(3).

Respectfully submitted,

_____
Justin T. Nowicki
National Park Service
Law Enforcement Ranger

Affidavit submitted by email and attested to me
as true and accurate via video conference,
consistent with Fed. R. Crim. P. 4.1 and 4(d)(3), before me
this __30th__ day of May, 2024.

_____
ROBERT M. NORWAY
United States Magistrate Judge

5